UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Karen Muldowney, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>    -against-<br><br>Kozeny, McCubbin & Katz LLP and Trinity Financial Services, LLC,<br><br>     Defendant. | Docket No: 5:17-cv-01046-GLS-DEP |

### STIPULATION OF VOLUNTARY DISMISSAL
### PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: May 4, 2018

| | |
|---|---|
| **CONNELL FOLEY, LLP** | **BARSHAY SANDERS, PLLC** |
| By: /s Andrew Sayles | By: /s Craig B. Sanders |
| Andrew Sayles, Esq. | Craig B. Sanders |
| 56 Livingston Avenue | 100 Garden City Plaza, Suite 500 |
| Roseland, New Jersey 07068 | Garden City, New York 11530 |
| Tel: (973) 535-0500 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 113808 |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: 5/8/2018